IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                  CHAPTER 7
MACK KENNINGTON, JR.                                                         CASE NO. 04-04948-EE

### ORDER REGARDING TRUSTEE'S MOTION FOR ORDER TO PROTECT CONFIDENTIAL INFORMATION FROM PUBLIC DISCLOSURE BY FILING IT UNDER SEAL AND FOR THE FILING OF THE TRUSTEE'S FINAL REPORT UNDER SEAL

**THIS MATTER** came on for the Court's consideration on the Trustee's Motion for Order to Protect Confidential Information from Public Disclosure by Filing it Under Seal and for the Filing of the Trustee's Final Report Under Seal [Docket No. 33]. The Court, being fully advised in the premises, does hereby find as follows:

1.    That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the terms and conditions of the settlement agreement shall be filed with the Court under seal.

**IT IS HEREBY FURTHER ORDERED** that the Trustee's Final Report shall be filed with the Court under seal.

**SO ORDERED.**

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: December 2, 2011

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for J. Stephen Smith, Trustee
401 E. Capitol St., Suite 316
P.O. Box 1177
Jackson, MS 39215
(601) 969-3006
enslaw@bellsouth.net